IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
OCT 14 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>INDICTMENT</u> |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:21 CR 735  JUDGE BARKER |
| | ) | Title 18, United States Code, |
| ANTERO A. ISIDRO, | ) | Section 1028A(a)(1); |
| aka ANTONIO A. ISIDRO, | ) | Title 42, United States Code, |
| | ) | Section 408(a)(7)(B); |
| Defendant. | ) | Title 18, United States Code, |
| | ) | Section 1546(a) |

<u>COUNT 1</u>
(Misuse of a Social Security Number, 42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges:

1. On or about July 24, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTERO A. ISIDRO, aka ANTONIO A. ISIDRO, for the purpose of obtaining anything of value and for any other purpose, with the intent to deceive, falsely represented a number to be the SSN assigned by the Commissioner of Social Security to him when in fact such number was not the Social Security Number assigned by the Commissioner of Social Security to him, in that on an employment application, Defendant stated that XXX-XX-7896 was the SSN assigned to him by the Commissioner of Social Security, when in fact, as he then well knew, that number was not assigned to him by the Commissioner of Social Security, in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT 2
(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

2. On or about July 24, 2017, in the Northern District of Ohio, Eastern Division, Defendant ANTERO A. ISIDRO, aka ANTONIO A. ISIDRO, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, Possession of a Fraudulent Identification Document, in violation of Title 18, United States Code, Section 1546(a), knowingly transferred, possessed, and used, without lawful authority, the means of identification of another person, knowing that said means of identification belonged to another person, to wit:  ISIDRO possessed and used a fraudulent Social Security card containing the number XXX-XX-7896 knowing that number was assigned by the Commissioner of Social Security to another person in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT 3
(Possession of a Fraudulent Identification Document, 18 U.S.C. § 1546(a))

The Grand Jury further charges:

3. On or about July 24, 2017, in the Northern District of Ohio, Eastern Division, Defendant, ANTERO A. ISIDRO, aka ANTONIO A. ISIDRO, did knowingly utter, use, attempt to use, possess, obtain, accept, and receive a counterfeit Social Security card, a document prescribed by statute and regulation for entry into and evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, and falsely made, and otherwise procured by fraud and unlawfully obtained, to wit:  ISIDRO uttered, used, and possessed a counterfeit Social Security card in his name in violation of Title 18, United States Code, Section 1546(a).

<u>COUNT 4</u>
(Possession of a Fraudulent Identification Document, 18 U.S.C. § 1546(a))

The Grand Jury further charges:

4. On or about July 24, 2017, in the Northern District of Ohio, Eastern Division, Defendant, ANTERO A. ISIDRO, aka ANTONIO A. ISIDRO, did knowingly utter, use, attempt to use, possess, obtain, accept, and receive a counterfeit Legal Permanent Resident card, a document prescribed by statute and regulation for entry into and evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, and falsely made, and otherwise procured by fraud and unlawfully obtained, to wit: ISIDRO uttered, used, and possessed a counterfeit Legal Permanent Resident card in his name in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.